JANE RENNIE BLAKE, Respondent, v KENNETH DARCY BLAKE, Appellant. (Appeal No. 1.) [921 NYS2d 615]—

an order of the Supreme Court, Erie County (John F. O'Donnell, J.), entered July 15, 2010 in a divorce action. The order denied the quantum meruit application of defendant's attorney for counsel fees.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs.

Same memorandum as in *Blake v Blake* (83 AD3d 1509 [2011]). Present—Scudder, P.J., Smith, Lindley, Green and Gorski, JJ.